Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                       Case No.:  18−16530−KCF
                       Chapter:  13
                       Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Lee Miele
   322 NW Toscane Trail
   Port Saint Lucie, FL 34986

Social Security No.:
   xxx−xx−8587

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**


    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/15/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: June 15, 2018
JAN: ckk

                                                                               Jeanne Naughton
                                                                               Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                      Case No. 18-16530-KCF
James Lee Miele                                                             Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3              User: admin                 Page 1 of 2        Date Rcvd: Jun 15, 2018
                                  Form ID: 148                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db             +James Lee Miele,    322 NW Toscane Trail,    Port Saint Lucie, FL 34986-2636
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 NEWMARK DRIVE,     MIAMISBURG, OH 45342-5421
517583060      +Bank of America, N.A.,   P O Box 982284,    El Paso, TX 79998-2284
517431527      +Barry H. Lustig, DMD,   107 Hamilton St.,    Bound Brook, NJ 08805-2016
517431530      +Citicards,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517431532      +First National Bank,   Attn: Tina,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
517550068      +First National Bank of Omaha,    c/o Brumbaugh and Quandahl, PC LLO,
                 4885 S. 118th Street, Ste 100,    Omaha, NE 68137-2241
517540852      +Goldman Sachs Mortgage Co,    Service Finance Co. LLC,    555 S Federal Hwy #200,
                 Boca Raton, FL 33432-6033
517431533      +M. Miller & Son, LLC,   1211 Liberty Ave.,    Hillside, NJ 07205-2093
517577763      +PNC Bank, N.A.,   Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517431538      +Service Finance Compan,    555 S Federal Hwy Ste 20,    Boca Raton, FL 33432-5505
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2018 22:58:17      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2018 22:58:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: CHRM.COM Jun 16 2018 02:48:00      Santander Consumer USA Inc. dba Chrysler Capital,
                 PO Box 961278,   Ft. Worth, TX 76161-0278
517431524      +EDI: CITICORP.COM Jun 16 2018 02:48:00      At&T Universal Citi Card,    Po Box 6500,
                 Sioux Falls, SD 57117-6500
517431525       EDI: BANKAMER.COM Jun 16 2018 02:48:00      Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998
517448488      +E-mail/Text: dkretschmer@bchaselaw.com Jun 15 2018 22:58:13       Barry H. Lustig, DMD,
                 c/o Bart A. Chase, Esq.,    PO Box 871,   Summit, NJ 07902-0871
517560352      +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 15 2018 22:58:49       Capital One Bank (USA), N.A. -,
                 Cabala's Visa,   P.O. Box 82609,    Lincoln, NE 68501-2609
517431528      +EDI: CHASE.COM Jun 16 2018 02:48:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
517479002      +EDI: CHRM.COM Jun 16 2018 02:48:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
517444098       EDI: DISCOVER.COM Jun 16 2018 02:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
517431531      +EDI: DISCOVER.COM Jun 16 2018 02:48:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517580340       EDI: RESURGENT.COM Jun 16 2018 02:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517431534      +E-mail/Text: bky@martonelaw.com Jun 15 2018 22:57:47       PNC Bank , National Association,
                 c/o Frank J. Martone, Esq.,    1455 Broad Street,   Bloomfield, NJ 07003-3047
517431535       EDI: PRA.COM Jun 16 2018 02:48:00      Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
517530117       EDI: PRA.COM Jun 16 2018 02:48:00      Portfolio Recovery Associates, LLC,    c/o Pc Richard,
                 POB 41067,   Norfolk VA 23541
517431536      +EDI: DRIV.COM Jun 16 2018 02:48:00      Santander Consumer USA,    5201 Rufe Snow Drive,
                 Suite 400,   North Richland Hills, TX 76180-6036
517433521      +EDI: RMSC.COM Jun 16 2018 02:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517570220      +EDI: AIS.COM Jun 16 2018 02:48:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517431539      +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 15 2018 22:58:49       Worlds Foremost Bank N,
                 Attn: Bankruptcy,   4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517431526*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517431529*     +Chase Card Services,   Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517431537*     +Santander Consumer USA,    5201 Rufe Snow Drive,    Suite 400,
                 North Richland Hills, TX 76180-6036
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 15, 2018
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Barry Scott Miller     on behalf of Debtor James Lee Miele bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Frank J Martone     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
              John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald      on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6
```